UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| JEFFERY L. CARPENTER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3: 11-cv-42-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   Petitioner Jeffery L. Carpenter's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED** and his claims are **DISMISSED**, with prejudice.

(2)   Judgment is entered in favor of the respondents with respect to all claims asserted herein.

(3)   A Certificate of Appealability shall not issue because the petitioner has not made a substantial showing of the denial of any substantive constitutional right.

(4)   This habeas proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

This 5th day of June, 2012.



Signed By:
*Danny C. Reeves* DCR
United States District Judge